

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2020

No. 04-19-00518-CR

Camron Leo **SANCHEZ-VASQUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8320
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

Appellant's reply brief was due January 24, 2020. On that day, appellant filed a motion requesting a ten day extension of time to file his brief. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file his reply brief **by February 3, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court